JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONGQI RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP &<br>IMMIGRATION SERVICES.,<br><br>Defendant. | No. 2:25-cv-02416-PA-SSC<br><br>**ORDER DISMISSING CASE**<br><br>Honorable Percy Anderson<br>United States District Judge |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The instant action shall be dismissed without prejudice;
2. USCIS has scheduled Plaintiff's beneficiary interview to take place on June 4, 2025, at 8:00 a.m., at the U.S. Consulate in Guangzhou, China. USCIS intends to conduct the interview on the date set; however, the parties understand that due to unexpected staffing limitations or other unforeseen circumstances that may arise, USCIS reserves its right to cancel and reschedule the interview. Should rescheduling be necessary, the interview will be rescheduled within 4 weeks of the original interview date, absent unforeseen or exceptional circumstances;
3. Plaintiff agrees the beneficiary will attend the interview on the date listed above absent unforeseen or exceptional circumstances;
4. ;
5. If the beneficiary is unable to attend this interview, Plaintiff agrees to contact the Guangahou Field Office at CIS.Guangzhou@uscis.dhs.gov as soon as possible to request rescheduling of the appointment;
6. A rescheduled interview must take place before October 19, 2025, unless good cause is presented. Good cause is also required for any subsequent reschedule requests;
7. Plaintiff understands that additional interview(s) may be required by USCIS as part of the Form I-730 Refugee/Asylee Relative Petition adjudication;
8. USCIS agrees to diligently work towards completing adjudication of the Form I-730 Refugee/Asylee Relative Petition within 120 days of completion of beneficiary's interview, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;
9. In the event that USCIS does not complete adjudication of the Form I-730

Refugee/Asylee Relative Petition within 120 days of the completion of the beneficiary's interview, Plaintiff may refile this action;

10. Plaintiff agrees to submit all required supplemental documents and evidence, as indicated on the USCIS *Notice of Receipt and Interview* dated April 22, 2025, to USCIS at the time of the interview;

11. Each party agrees to bear his, her or its own litigation costs, expenses, and attorney fees.

Dated: May 27, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE